JOHN J. SMITH, Appellant, v. GEORGE J. ZIMMERMANN, as Mayor of the City of Buffalo, et al., Respondents.

(Argued April 29, 1935; decided May 28, 1935.)

*William E. Barrett* and *George C. Riley* for appellant.

*Gregory U. Harmon*, Corporation Counsel (*Fred C. Maloney* and *Elmer S. Stengel* of counsel), for George J. Zimmermann, as Mayor of the City of Buffalo, et al., respondents.

*John J. Bennett, Jr.*, as Attorney-General (*Henry Epstein* and *Vincent Kiebala* of counsel), respondent.

Judgment affirmed, with costs, on the authority of *Robertson* v. *Zimmermann* (268 N. Y. 52). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.